UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-CV-21854-CMA

WINDY LUCIUS,

    Plaintiff,

v.

INSOMNIA COOKIES, LLC,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, Windy Lucius ("Plaintiff"), and Defendant, INSOMNIA COOKIES, LLC ("Defendant"), have reached a settlement in the above-referenced case. The Parties are in the process of finalizing settlement documents and request 30 days to submit documents related to the closure of this case.

Dated: June 5, 2020

Respectfully submitted,

| | |
|---|---|
| *s/J. Courtney Cunningham*<br>J. Courtney Cunningham, Esq.<br>Fla. Bar No. 628166<br>E-mail: cc@cunninghampllc.com<br>J. Courtney Cunningham, PLLC<br>8950 SW 74th Court, Suite 2201<br>Miami, FL  33156<br>Telephone: (305) 264-9090<br><br>*Counsel for Plaintiff* | *s/Edwin Cruz*<br>Mendy Halberstam, Esq.<br>Florida Bar No. 68999<br>E-mail: *mendy.halberstam@jacksonlewis.com*<br>Edwin Cruz, Esq.<br>Florida Bar No. 55579<br>E-mail: *edwin.cruz@jacksonlewis.com*<br><br>**JACKSON LEWIS P.C.**<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 3500<br>Miami, FL 33131<br>Telephone: (305) 577-7600<br><br>*Counsel for Defendant* |

CASE NO.: 1:20-CV-21854-CMA

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of June 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

s/Edwin Cruz
Edwin Cruz, Esq.