UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21854-CIV-ALTONAGA/Goodman

**WINDY LUCIUS**,

    Plaintiff,

v.

**INSOMNIA COOKIES, LLC**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court on the Joint Motion for Entry of Consent Decree [ECF No. 12], filed on August 3, 2020. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Consent Decree attached to the Motion [ECF No 12-1] is APPROVED.

**DONE AND ORDERED** in Miami, Florida, this 4th day of August, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record